UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                             CASE NO. 3:22-cr-44-BJD-PDB

STEVEN RUSSELL STATHAM, II
_____/

### ORDER

**THIS CAUSE** is before the Court on the Unopposed Second Motion to Continue Sentencing Hearing (Doc. 34; Motion) filed February 7, 2023. In the Motion, Defendant seeks a continuance of the sentencing currently set for February 21, 2023, at 10:00 a.m. See Motion at 1. In support of the request, counsel for the defendant states that additional time is needed to review the final PSR and to prepare a sentencing memorandum. See id. Defendant represents to the Court that counsel for the Government does not object to the relief requested in the Motion. See id. at 2.

After due consideration, it is

**ORDERED:**

1. The Unopposed Second Motion to Continue Sentencing Hearing (Doc. 34) is **GRANTED**.

2. The sentencing in this matter is continued to **April 24, 2023, at 2:00 p.m.** before the undersigned in Courtroom 12C. In addition, if any party

believes that the sentencing may take longer than one hour, please notify the undersigned's Chambers immediately.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of February, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
U.S. Pretrial Services
U.S. Probation
U.S. Marshal